**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**KATHY W. WRIGHT, Guardian of M.B. W.,**
**A Minor,**                                                                              **PLAINTIFF**

**VS.**                                                                 **CIVIL ACTION NO: 3:08CV97DPJ-JCS**

**SHELTER MUTUAL INSURANCE COMPANY AND**
**SAFECO INSURANCE COMPANY OF ILLINOIS**                              **DEFENDANTS**

**JUDGMENT**

THIS CAUSE having come on for trial by jury at the United States District Courthouse in Jackson, Mississippi, Honorable Daniel P. Jordan III presiding, beginning on September 2, 2009, and on that date the Plaintiff, Kathy W. Wright, guardian of M.B.W., a minor, appeared and announced ready, the Defendants, Shelter Mutual Insurance Company and Safeco Insurance Company of Illinois appeared and announced ready, and then six good and lawful citizens of the Southern District of Mississippi, Jackson Division were duly qualified, empaneled and sworn as jurors, and issue being joined between the parties; and the jury, after receiving all of the evidence adduced on behalf of the parties and after receiving instructions of the Court and after having heard all arguments of counsel, retired on September 2, 2009, to consider its verdict, and returned to open Court a verdict for Plaintiff, Kathy W. Wright, guardian of M.B.W., a minor, against Defendants in the amount of $7,500.00 in compensatory damages.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff, Kathy W. Wright, guardian of M.B.W., a minor, having previously received a total of $8,800.00 insurance payments, $6,000.00 of which were paid by these defendants prior to trial. The insurance payments are credited toward the $7,500.00 jury award, so that this judgment is fully satisfied and cancelled. Finally, Plaintiff announced after the verdict that she would not pursue her claims for statutory penalties and attorneys fees; these claims are dismissed with prejudice. This case is fully and finally adjudicated and all claims against the Defendants are finally and fully dismissed with prejudice with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 9th day of September, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE